**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

JOHN SCHWENGER,

*Defendant-Appellant.*

No. 01-4997

Appeal from the United States District Court
for the Northern District of West Virginia, at Martinsburg.
W. Craig Broadwater, District Judge.
(CR-01-6)

Submitted: April 18, 2002

Decided: April 29, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

### COUNSEL

John Schwenger, Appellant Pro Se. Sherry L. Muncy, OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

John Schwenger appeals the district court's order denying his appeal and affirming the magistrate judge's order adjudicating him guilty of offenses arising from events at Harpers Ferry National Historical Park. We have reviewed the record and the district court's order and the transcript of the proceedings and find no reversible error. Accordingly, we affirm.

Schwenger appeals the district court's decision not to disturb the magistrate judge's ruling denying his motion to suppress evidence. Rule 12(b)(3) of the Federal Rules of Criminal Procedure requires that motions to suppress evidence must be made before trial. *United States v. Wilson*, 115 F.3d 1185, 1190 (4th Cir. 1997). Failure to make a motion to suppress before trial constitutes waiver. We find that Schwenger waived the issue of whether evidence should be suppressed.

Because the only issue Schwenger raised before the district court was regarding the suppression of evidence, we do not review the other issues raised in his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*